1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
3 | 11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
4 | San Francisco, CA 94102
Telephone: (415) 436-7017
5 | Fax: (415) 436-7009
Attorneys for the United States of America

E-filing

FILED
2011 SE. 23 P 1:38

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and ) NO. 11 4751
RENAEL THOMPSON, Revenue )
Officer, )
 )
Petitioners, ) VERIFIED PETITION TO
 ) ENFORCE INTERNAL
v. ) REVENUE SERVICE SUMMONS
 )
RONALD MAZZAFERRO, )
 )
Respondent. )

Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, RENAEL THOMPSON, allege and petition as follows:

1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2. Petitioner RENAEL THOMPSON is and at all times mentioned herein was an employee and agent of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

3. Petitioner RENAEL THOMPSON is and at all times mentioned herein was attempting in the course of authorized duties to conduct an investigation into the collection of RONALD MAZZAFERRO's tax liabilities for the following years; 2000, 2001, and 2003.

4. Respondent RONALD MAZZAFERRO 's last known address is 19235 Robinson Road, Sonoma, California, which is within the venue of this Court.

5. Petitioner RENAEL THOMPSON is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

6. On July 7, 2011, in accordance with law, petitioner RENAEL THOMPSON served the summons on respondent by leaving an attested copy at the last and usual place of abode of respondent RONALD MAZZAFERRO in respect to the subject matter described in paragraphs 3 and 5, above. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

7. The items sought by the summons described in paragraph 6, above, are relevant to and can reasonably be expected to assist in the ascertainment and/or collection of tax liabilities of RONALD MAZZAFERRO for the periods stated in paragraph 3 above. It was and now is essential to completion of petitioner's inquiry that respondent produce the items described by said summons.

8. Respondent RONALD MAZZAFERRO failed to appear before petitioner RENAEL THOMPSON on July 22, 2011, as requested in the summons.

9. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

10. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

//

1     **WHEREFORE**, having stated in full their petition against the Respondent, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

    A.    That the named Respondent herein, RONALD MAZZAFERRO, be ordered to appear and show cause before this Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce the items described in the summons; and

    B.    That Respondent be ordered by the Court to appear before the petitioner RENAEL THOMPSON, or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce the items described in the summons; and

    C.    That the Court grant the petitioner UNITED STATES OF AMERICA its costs in this proceeding and such other and further relief as may be necessary and proper.

Respectfully submitted,

MELINDA HAAG
United States Attorney

THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division

Verified Petition to Enforce
IRS Summons     3

## VERIFICATION

I, RENAEL THOMPSON, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the Santa Rosa, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept., 23, 2011 at Santa Rosa, California.



RENAEL THOMPSON

Verified Petition to Enforce
IRS Summons                              4

# Summons

## Collection Information Statement

**In the matter of** RONALD S MAZZAFERRO, 19235 ROBINSON RD, SONOMA, CA 95476-5915
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* SB/SE AREA 7 (27)
**Periods:** Form 1040 for the calendar periods ending December 31, 2000, December 31, 2001 and December 31, 2003

**The Commissioner of Internal Revenue**

**To:** RONALD S MAZZAFERRO
**At:** 19235 ROBINSON RD, SONOMA, CA 95476-5915

You are hereby summoned and required to appear before RENAEL THOMPSON, an Internal Revenue Service (IRS) officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 05/01/2011 To 06/30/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

777 SONOMA AVE, SANTA ROSA, CA 94504 (707) 535-3816

**Place and time for appearance:** At 777 SONOMA AVE, SANTA ROSA, CA 94504

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the 22nd day of July, 2011 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 6th day of July, 2011

RENAEL THOMPSON
*Signature of issuing officer*

*Signature of approving officer (if applicable)*

REVENUE OFFICER
*Title*

Revenue Officer
*Title*

EXHIBIT A

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7/7/2011 | 8:03 am |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
Mr. Mazzaferro's son refused to accept the documents. RO taped to dwelling.

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

Catalog No. 25000Q Form **6637** (Rev. 10-2010)