MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:  (415) 436-7017
Fax:           (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and RENAEL THOMPSON, Revenue Officer,<br><br>              Petitioners,<br><br>    v.<br><br>RONALD MAZZAFERRO,<br><br>              Respondent.<br>_____ | NO. CV 11-4751 EDL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A <u>UNITED STATES DISTRICT JUDGE</u> |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                                    Respectfully submitted,

                                                    MELINDA HAAG
                                                    United States Attorney

                                                    <u>/s/ Thomas Moore</u>
                                                    THOMAS MOORE
                                                    Assistant United States Attorney
                                                    Chief, Tax Division