UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and RENAEL THOMPSON, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>RONALD MAZZAFERRO,<br><br>Respondent. | No. C 11-4751 JSW<br><br>[Proposed] AMENDED ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on September 27, 2011, it is hereby:

ORDERED that Respondent Ronald Mazzaferro appear before this Court on January 6, 2012 at 9:00 a.m., in Courtroom No. 11, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon Respondent as alleged and set forth in particular said petition; and it is further

ORDERED that a copy of this Amended Order to Show Cause Re Enforcement of Internal Revenue Service Summons, together with a copy of the aforesaid petition, be served

1 upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least
2 thirty-five (35) days before the return date of this Amended Order to Show Cause Re
3 Enforcement of Internal Revenue Service Summons above specified; and it is further
4     **ORDERED** that within twenty-one (21) days before the return date of this Amended
5 Order to Show Cause Re Enforcement of Internal Revenue Service Summons, Respondent may
6 file and serve a written response to the petition, supported by appropriate affidavit(s) or
7 declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires
8 to make, that the petitioner may file and serve a written reply to such response, if any, within
9 fourteen (14) days before the return date of this Amended Order to Show Cause Re Enforcement
10 of Internal Revenue Service Summons; that all motions and issues raised by the pleadings will
11 be considered on the return date of this Amended Order to Show Cause Re Enforcement of
12 Internal Revenue Service Summons, and only those issues raised by motion or brought into
13 controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be
14 considered at the return of this Amended Order to Show Cause Re Enforcement of Internal
15 Revenue Service Summons, and any uncontested allegation in the petition will be considered
16 admitted.
17     **ORDERED** this 27th day of October, 2011, at San Francisco, California.

The hearing previously set for December 2, 2011 at 9:00 a.m. is VACATED.

_Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

28 [Proposed] Amended Order to Show Cause Re Enforcement of IRS Summons
US v. Mazzaferro, No. 11-4751 JSW      2