IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>  v.<br><br>RONALD MAZZAFERRO,<br><br>    Respondent.<br>_____ / | No. C 11-04751 JSW<br><br>**ORDER DENYING AS MOOT REQUEST TO DISMISS WITH PREJUDICE** |

On December 16, 2011, Respondent filed a Verified Opposition to Order to Show Cause and Notice of Accord and Satisfaction Mooting Order to Show Cause With Request to Dismiss With Prejudice.

On November 21, 2011, the United States filed a Notice of Dismissal, and the Court closed this matter. Accordingly, Respondent's request is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: December 22, 2011

                                                  JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA et al,<br><br>   Plaintiff,<br><br>  v.<br><br>RONALD MAZZAFERRO et al,<br><br>   Defendant._____/ | Case Number: CV11-04751 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Mazzaferro
P.O. Box 536
El Verano, CA 95433

Dated: December 22, 2011

Richard W. Wieking, Clerk
 By: Jennifer Ottolini, Deputy Clerk